Motion to extend the time to file a pro se reply brief granted to the extent that the brief is accepted.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAMOU ARBI, Appellant. [38 NYS3d 417]—Order, Supreme Court, New York County (Ronald A. Zweibel, J.), entered on or about August 14, 2014, which adjudicated defendant a level one sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly designated defendant a sexually violent offender because he was convicted of an enumerated offense, and the court lacked discretion to do otherwise (*see People v Bullock*, 125 AD3d 1 [1st Dept 2014], *lv denied* 24 NY3d 915 [2015]). We decline to revisit our holding in *Bullock*. Defendant's due process argument is unpreserved and without merit. Concur—Friedman, J.P., Saxe, Moskowitz, Gische and Kahn, JJ.